NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs and the Class

Julie E. Patterson, California Bar No. 167326
jepatterson@bryancave.com
Jesse E.M. Randolph, California Bar No. 221060
jesse.randolph@bryancave.com
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Defendant ADECCO USA, INC.

Additional Attorneys Listed on Following Page

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| Jose Cervantez, et al, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>            Plaintiffs,<br><br>v.<br><br>Celestica Corporation, et al,<br><br>            Defendants. | Case No. EDCV07-00729 VAP (OPx)<br><br>**JOINT NOTICE OF MOTION MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**<br><br>Honorable Virginia A. Phillips<br>Riverside Division, Courtroom: 2<br>Hearing: June 21, 2:00 p.m. |

**JOINT NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

| | |
|---|---|
| 1 | NICHOLS KASTER, PLLP |
| | James H. Kaster CA State Bar No. 248949 |
| 2 | Kaster@nka.com |
| 3 | Paul J. Lukas, MN State Bar No. 22084X |
| | Lukas@nka.com |
| 4 | (admitted *pro hac vice*) |
| 5 | 4600 IDS Center |
| | 80 South 8th Street |
| 6 | Minneapolis, MN  55402 |
| 7 | Telephone: (612) 256-3200 |
| | Facsimile: (612) 338-4878 |
| 8 | |
| 9 | ERVIN, COHEN & JESSUP LLP |
| | Eric W. Cheung, CA State Bar No. 235008 |
| 10 | echeung@ecjlaw.com |
| 11 | 9401 Wilshire Blvd, 9th Floor |
| | Beverly Hills, CA  90212 |
| 12 | Telephone: (310) 281-6392 |
| 13 | Facsimile: (310) 887-6874 |
| 14 | |
| | Attorneys for Plaintiffs and the Class |
| 15 | |
| 16 | DAVID F. FAUSTMAN, State Bar No. 081862 |
| | dfaustman@foxrothschild.com |
| 17 | ALEXANDER HERNAEZ, State Bar No. 201441 |
| | 1800 Century Park East, Suite 300 |
| 18 | Los Angeles, California 90067 |
| | Telephone:   (310) 598-4150 |
| 19 | Facsimile:    (310) 556-9828 |
| 20 | |
| | LUCINDA ODELL LAPOFF |
| 21 | llapoff@hselaw.com |
| | HARTER SECREST & EMERY LLP |
| 22 | 1600 Baush & Lomb Place |
| | Rochester, NY 14604-2711 |
| 23 | Telephone: (585) 231-1254 |
| | Facsimile: (585) 232-2152 |
| 24 | |
| | Attorneys for Defendant CELESTICA CORPORATION |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE, that on June 21, 2010, at 2:00 p.m. or as soon thereafter as may be heard, in Courtroom 2 of the Riverside Division of the Central District of California, in front of the Honorable Virginia A. Phillips, Plaintiffs Jose Cervantez, et al, and Defendants Adecco USA, Inc. and Celestica Corp. will and hereby do move for an order:

1) Granting Preliminary Approval of the Class Action Settlement and Stipulation ("Settlement Stip.");

2) Making a preliminary finding that the Settlement Stip. is fair, adequate and reasonable in its entirety;

3) Approving the following settlement subclasses:

**Security Line Class:** All current and former non-exempt employees of Defendants, paid by Defendant Adecco USA, Inc., who passed through security screening before, during or after their work shift, in Celestica's facility at 13473 Santa Ana Avenue, Fontana, California, from June 14, 2003 to [date of preliminary approval of settlement].

**Meal and Rest Period Class:** All current and former non-exempt employees of Defendants, paid by Adecco USA, Inc. who worked at Celestica's facilities at 13473 Santa Ana Avenue, Fontana, California and 1392 North Sarah Place, Ontario, California, and who, at any time from June 14, 2003 to [date of preliminary approval of settlement], were not provided a meal or rest period to which they were entitled.

4) Approving the form and substance of the proposed Notice and Claim Form, and the proposed method for delivering Notice; and

**JOINT NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

1    5) Setting a date for the parties to return before the Court for Final Approval of the settlement.

This Notice of Motion and Motion is brought pursuant to Fed.R.Civ.P. 23, and is based upon this notice of motion and motion, the accompanying Memorandum of Law and Points of Authorities, accompanying declarations and exhibits, the Settlement Stip., and the entire record of this case.

Dated: May 24, 2010           **NICHOLS KASTER, LLP**

By: s/Matthew C. Helland

Matthew C. Helland
ATTORNEYS FOR PLAINTIFFS AND THE CLASS


Dated: May 24, 2010           **BRYAN CAVE LLP**

By:  s/Julie E. Patterson
     Julie E. Patterson
Counsel for Defendant Adecco USA, Inc.

Dated: May 24, 2010           **FOX ROTHSCHILD LLP**

By: s/Alexander Hernaez
     Alexander Hernaez
Counsel for Defendant Celestica Corporation