# Exhibit 2



# RUDY EXELROD ZIEFF & LOWE LLP

CONTACT US

| THE FIRM | OUR ATTORNEYS | NEWS & EVENTS | PRACTICE AREAS | CLASS ACTIONS | CLASS NOTICES |

A. Exelrod | P. Goldman | D. Lowe | J. Mulian | M. Rudy | K. Sugarman | S. Zieff

**MARK S. RUDY**   v-card
**Of Counsel**
(415) 982-1457
Email: msr@rezlaw.com

**For All Mediation Inquiries:**
Email Janet Clark, Legal Asst.,
jclark@rezlaw.com or telephone (415) 982-1457



Mark S. Rudy
Best Lawyers Lawyer of the Year 2010
Labor and Employment Law - San Francisco



**Areas of Practice**

- Mediation

**Mediation Profile:**

Mark Rudy has been serving as a mediator in employment and business-related matters since July, 1988. He has mediated approximately 3,000 matters with a high degree of success. Mr. Rudy has been honored as one of the top 500 judges and mediators in America by Lawdragon in 2006, rated second best mediator in Northern California as a result of a survey done by San Francisco Recorder in 2008, one of the top mediators in the State of California by the Daily Journal for each year in which neutrals were rated, and one of the top five plaintiff employment lawyers in Northern California, San Francisco Recorder, Summer 2004. In March, 2004, Mr. Rudy was listed in the Recorder as one of the "Head of Class" employment lawyers.

**General:**

Mr. Rudy has handled, as lead counsel through trial, approximately 30 court and jury matters involving wrongful termination and/or employment discrimination, and in July, 1997 was acknowledged by the National Law Journal as one of America's top employment lawyers. He was selected by his peers as one of the top 100 lawyers in Northern California.

Mr. Rudy has been recognized by Best Lawyers in America continuously throughout its publication, recognized by Chambers as one of the five best employment lawyers in California, and ranked as one of the top 100 Superlawyers in Northern California in the September, 2004 through September, 2009 issues of Focus Magazine. Mr. Rudy was ranked as one of the top 10 Superlawyers in Northern California in September 2007, and as one of the top employment lawyers in Northern California in The Recorder in Spring, 2004.

Mr. Rudy has been inducted as a Fellow of the College of Labor and Employment Law, an honorary society. He has spoken numerous times on

employment law matters throughout the country and has written extensively such as Co-Author: "Wrongful Employment Termination Practice," California Continuing Education of the Bar, 1987; Supplement, 1989; "Counseling a Plaintiff During Employment Litigation," April 1989 and "The Future of Wrongful Termination: A Plaintiff's Perspective," 1989, Bureau of National Affairs, Inc. Course Book Consultant, Matthew Bender California Employment Law Reporters, 1990 - 2004.

**Educational History:**

J.D., Georgetown University Law Center, 1969
B.A., University of Connecticut, 1966

**Litigation Successes:**

Stephens v. Coldwell Banker Commercial Group
(1988) 199 Cal.App.3d 1394
Appellate court upheld the jury's punitive damage award to an employee who was discriminated against on the basis of his age

Luck v. Southern Pacific Transportation
(1990) 218 C.A.3d 1
Court of appeal upheld award to office worker who was fired for refusing to submit to drug testing urinalysis

© 2010 Rudy, Exelrod, Zieff & Lowe, LLP, All Rights Reserved    > Home    > Privacy Policy    > Disclaimer
351 California Street, Suite 700, San Francisco, CA 94104